■ In the Matter of BERNICE M. RUDY, Appellant, v JOSEPH E. RUDY et al., Respondents.—Order unanimously modified on the law to grant the petition in accordance with the same memorandum as *Matter of Walsh v Walsh* (144 AD2d 947 [decided herewith]) and as modified affirmed with costs to petitioner. Memorandum: We add only that the Hearing Officer's initial support award, which was modified based on Family Court's dismissal of other similar support petitions, was properly made in view of petitioner's assets. (Appeal from order of Onondaga County Family Court, McLaughlin, J.—spousal support.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ In the Matter of MILDRED SMITH, Appellant, v JAMES SMITH et al., Respondents.—Order unanimously modified on the law to grant the petition in accordance with memorandum herein and as modified affirmed with costs to petitioner. Memorandum: We find that the record establishes that petitioner is in need of spousal support but has sufficient assets to make a reasonable contribution to her own support *(see, Matter of Venezia v Venezia,* 144 AD2d 948 [decided herewith]). Petitioner has monthly expenses of $743, income of $292 and access to savings of approximately $29,000. She is entitled to a support award in the sum of $300 per month. Given petitioner's financial circumstances, the court did not abuse its discretion in denying her request for counsel fees. (Appeal from order of Onondaga County Family Court, McLaughlin, J.—spousal support.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.